# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO: 8:03-cr-226-CEH-TGW
                                                      CASE NO: 8:03-cr-484-CEH-EAJ

JAMES EDWARD HOWZE, JR.

_____

## FINAL REVOCATION HEARING

Pursuant to the Reports of Preliminary Supervised Release Revocation Hearing entered on May 31, 2023 by United States Magistrate Judge Christopher P. Tuite (Doc.511 in Case No. 8:03-cr-26 and Doc. 93 in Case No. 8:03-cr-484), a Final Revocation Hearing has been scheduled for July 6, 2023 at 10:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 20th day of June 2023.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services